RAFFAELE PUGLIESE, Respondent, v. ROSALIA PUGLIESE, Also Known as ROSALINA PUGLIESE, Appellant.— Motion for stay granted upon condition that appellant execute the deed provided for in the judgment and deposit the same

with the clerk pending the decision on this appeal, and upon the further condition that she perfect the appeal for the October term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.